**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CHARLES PRITCHETT,

        Plaintiff,                             Case Number: 08-13497

v.                                               JUDGE PAUL D. BORMAN
                                                     UNITED STATES DISTRICT COURT

LILLIE TROTTER,

        Defendant.
_____ /

## **ORDER OF DISMISSAL**

Plaintiff filed a complaint on August 13, 2008, against Defendant Lillie Trotter. Plaintiff's complaint, in its entirety, is recounted below:

> Lillie Trotter
> On 8-12-08, I Charles Pritchett is writting [sic] you a letter about my money, and
> I have not heard from you. Your time is up. The color of the paper has change on you again, for the money you ored [sic] me. Your times [sic] is up. I'm now filing a complaint against you with the Flint police department, for not responds [sic] to a law-sued [sic], that was filed against you in a federal court, by a federal judge. I'm also filing a complaint against you for not responds [sic] to a requested [sic] that I made in writting [sic] to you about 2 DNA tests, or blood tests or boths [sic][.] You had several days to reponds [sic] to my requested [sic], and you have filed [sic] to reponeds [sic]. I'm also filed for custody of my said son when the tests come back. If he is mine. This has been going on long enough. This has to stop. I hope you understand and give me your fullest cooperation on this matter. in this matter.
>
> Yours truly
> Charles Pritchett

"[A] district court may, at any time, *sua sponte* dismiss a complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure when the allegations of a complaint are totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no

longer open to discussion." *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999). The Court finds that Plaintiff's complaint is, on its face, totally implausible, frivolous and devoid of merit.

Accordingly, the Court **DISMISSES** this action pursuant to Rule 12(b)(1).

**SO ORDERED**.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: September 12, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 12, 2008.

s/Denise Goodine
Case Manager